**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

In re:  )  Case No.: 19-14362
 )
  DeQueen Medical Center, Inc.,  )  Chapter 11
 )
  Debtor.  )
 )
 )  **Application to Employ Attorney Paul DeCailly, Esq.**

NOW COMES the Debtor, DeQueen Medical Center, Inc ("Debtor"), and make application for authorization to employ counsel and in support thereof would show as follows:

1. On April 3, 2019 the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code and is currently in possession of its property and is presently a Debtor-in-Possession pursuant to 11 USC §1107 and 1108.

2. Applicant wishes to employ an attorney to render professional services for them as Debtors-in-possession, and it is necessary to obtain legal assistance in the following matters:

    a. Preparation and filing of amended schedules, statement of financial affairs and statement of executory contracts as needed;

    b. Representation of the Debtors-in possession at all meetings of creditors, hearings, pretrial conferences, and trials in this case or any litigation arising in connection with the case.

    c. Preparation, filing, and presentation to the court of any pleading requesting relief.

   d. Preparation, filing, and presentation to the court of any disclosure statement, and plan of reorganization under Chapter 11 of the Bankruptcy Code.
   e. Review of claims made by creditors and interested parties, including preparation and prosecution of any objections to claims as appropriate;
   f. Preparation and presentation of a final accounting and motion for final decree closing this case.
   g. Performance of all other legal services for application which may be necessary herein.
3. Applicant desires to retain counsel immediately and would retain Paul DeCailly, Esq. who is duly admitted to practice before this Court.
4. Said attorney is familiar with the Bankruptcy code and Rules and the local rules of the United States Bankruptcy Court for the Middle District of Florida.
5. Applicant believes that the attorney is qualified to practice in this court and is qualified to advise the Debtors on their relations with, and responsibilities to the creditors and other interested parties.
6. To the best of the applicants' knowledge, this attorney has no connection to the debtor, the creditors, or any other party in interest, or their respective attorneys or accounts, nor does this attorney represent of hold any interest that is adverse to the Debtors or the Debtors' Estate. The Debtor believes that said employment would be in the best interest of the estate and its creditors.
7. Applicants wishes to employ the said attorney under his retainer agreement. Under the terms of the agreement, applicants have paid a $3000.00 retainer

Attorney desires to utilize the retainer funds immediately upon approval of this application. In addition, applicants have agreed to pay attorney fees as follows: services billed and charged at the hourly rate of $300.00 per hour, paid upon proper application and authorization by this Court, because of the extensive legal services required herein.

8. No trustee has been appointed herein.

WHEREFORE, the Applicant, Stone Place International, LLC requests that the Court authorize and approve the Debtors' employment and retainer of Paul DeCailly, Esq. to represent it as Debtor's-in-possession of this estate.

## DECLARATIONS

DeQueen Medical Center, Inc., Debtor, through its authorized representative Jorge Perez, declare under the penalty of perjury that we have read the foregoing application and it is true and correct to the best of our information and belief. Dated this 2nd Day of April, 2019

Respectfully submitted,

_____
Jorge Perez
President