UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  ) Case No.: 19-14362
 )
DeQueen Medical Center, Inc., ) Chapter 11
 )
Debtor. )
 )
 ) **Affidavit & Financial Disclosure in**
 ) **Support of Proposed Attorney for**
 ) **Debtors-in-Possession**
 )

STATE OF FLORIDA  )
  ) §§
PINELLAS COUNTY  )

Before me, the undersigned authority, on this day personally appeared Paul DeCailly, Esq., who being duly sworn, on oath says:

1. I am Paul DeCailly. I am an attorney in Solo Practice. I am duly admitted to practice in the United States Bankruptcy Court of the Southern District of Florida, and in the State Courts of the State of Florida. I represent the debtors in this Chapter 11 case. I make this affidavit in compliance with the provisions of Sec. 327(a) and 329(a) of the Bankruptcy Code and F.R.B.P. 2014(a) and F.R.B.P 2016(b).

2. Unless otherwise stated, this affidavit is based upon facts of which I have personal knowledge.

3. I am the only member of the Law Firm, DeCailly Law Group, PA with an office in Tampa, Florida and I have read the Application for Authorization to Employ and Appoint Counsel of the Debtor DeQueen Medical Center, Inc.

4. In preparing this affidavit, I reviewed the Debtor's bankruptcy petition and list of creditors. I also compared the information in those lists with the information contained on my office's current and former client lists. The facts state in this affidavit as to the relationship between my firm, and the debtor, the debtor's creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, other persons employed by the office of the United States Trustee, and those persons and entities who are defined as not disinterested persons in Sec. 101(14) of the Bankruptcy Code are based upon the review of my firm's client lists.

5. My firm's client lists are comprised of records regularly maintained in the course of business of the firm, and it is the regular practice of the firm to maintain these records. It reflects entries that are noted in the system at the time the information becomes known by persons whose regular duties include recording and maintaining this information. I am one of the persons who keeps this system up to date, and I regularly use and rely upon the information contained in the system in the performance of my duties with the law firm and in my practice of law.

6. My firm has not previously represented the Debtor.

7. I do not presently represent a creditor, general partner, lessor, lessee, party to an executory contract of the debtors, or person otherwise adverse or potentially adverse to the debtors or the estate, on any matter, whether such representations is related or unrelated to the debtors or the estate.

8. I have not represented a creditor, general partner, lessor, lessee, party to an executory contract of the debtors, or person otherwise adverse or potentially

adverse to the debtors or the estate, on any matter, whether such representations is related or unrelated to the debtors or the estate.

9. I do not represent an insider of the Debtor.

10. I have not been paid any fees pre-petition nor do I hold a security interest, guarantee or other assurance of compensation for services performed and to be performed in the case except for $3,000.00 pre-petition retainer and $1,717.00 for the filing fee. Counsel's hourly fee is $300.00 per hour.

11. The retainer signed with the debtor authorizes Counsel to utilize the retainer funds immediately.

12. There is no agreement of any nature as to the sharing of any compensation to be paid to the firm.

13. I do not have any other connection with the Debtor, Creditors, United States Trustee, or any employee of that office, or any other parties in interest other than representation disclosed above.

14. I do not have any other interest, direct or indirect, that may be affected by the proposed representation.

FURTHER AFFIANT SAYETH NAUGHT

*[signature]*
Paul DeCailly, Esq.

SWORN and SUBSCRIBED before me this 10th day of April, 2019, by Paul DeCailly, who is personally known to me or who has produced a Florida Driver's License as identification and who did take the oath.

*[signature]*

REBEKAH CORDERO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG288026
Expires 1/2/2023

Notary Public, State of Florida
My commission Expires: 01/02/2023

Financial Affidavit - 3