

**ORDERED in the Southern District of Florida on April 12, 2019.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                          CASE NO.: 19-14362-AJC

**DEQUEEN MEDICAL CENTER, INC.,**            CHAPTER 11

　　　DEBTOR.
_____/

### ORDER GRANTING SEVIER COUNTY'S EMERGENCY MOTION TO DISMISS CHAPTER 11 CASE

**THIS CAUSE** came before the Court at a hearing on April 11, 2019 at 3:00 P.M., upon creditor and party in interest Sevier County's Emergency Motion to Dismiss Chapter 11 Case and Incorporated Brief in Support [ECF No. 7] ("Motion"). The Court, having reviewed the Motion, the record in this case, having been informed by counsel that the Debtor does not oppose dismissal of the case without prejudice, accordingly it is

　　　**ORDERED AS FOLLOWS**:

　　　1.　　The Motion is **GRANTED**.

　　　2.　　This case is dismissed without prejudice.

2

3. The Debtor shall file any pending Monthly Operating Reports within fourteen (14) days of the entry of this Order and simultaneously pay the United States Trustee any unpaid sum due pursuant to 28 U.S.C. Section 1930(a)(6).

4. The Debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within fourteen (14) days of the entry of this Order.

5. All pending motions are denied as moot.

6. This Court shall retain jurisdiction to enforce the provisions of this Order

###

Submitted by:

Jose Casal, Esq.
**HOLLAND & KNIGHT LLP**
*Counsel for Sevier County*
701 Brickell Avenue, 33rd Floor
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile:  (305) 789-7799
E-mail: jose.casal@hklaw.com

*Attorney Jose Casal is directed to serve copies of this order on the parties listed below and file with the Court a certificate of service conforming to Local Rule 2002-1(F).*

**Joaquin J Alemany**    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
**Robert W Davis**    robert.davis@hklaw.com, migdalia.petrovich@hklaw.com
**Paul Decailly**    pdecailly@dlg4me.com, ecf@dlg4me.com;kristin@dlg4me.com
**Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

#67030109_v1